# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 13, 2011

No. 10-10929
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

CHARLES RANDELL GREER,

Defendant–Appellant.

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 5:94-CR-73-1

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Counsel for Charles Randell Greer has moved for leave to withdraw and
has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967),
and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Greer has filed a
response. We have reviewed counsel's brief and the relevant portions of the
record reflected therein, as well as Greer's response. We concur with counsel's
assessment that the appeal presents no nonfrivolous issue for appellate review.
Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-10929

excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.  Greer's motion to have his appellate attorney dismissed, to strike counsel's *Anders* brief, and to proceed pro se on appeal is DENIED.  *Cf. United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).